IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01413-WYD-KLM

RICK SHARROW,

     Plaintiff,

v.

CIGNA GROUP INSURANCE and LIFE INSURANCE COMPANY OF NORTH AMERICA,

     Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER is before the Court on the parties' Stipulation for Dismissal With Prejudice filed October 2, 2012.  Having carefully reviewed the Stipulation and the file and being fully advised in the premises, it is

ORDERED that the Stipulation for Dismissal With Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney fees.

     Dated:  October 2, 2012

                             BY THE COURT:

                             s/ Wiley Y. Daniel
                             Wiley Y. Daniel
                             Chief United States District Judge